ERNEST J. FRANCESCHI, JR.
A LAW CORPORATION
Ernest J. Franceschi, Jr. (State Bar No. 112893)
445 South Figueroa, 26th Floor
Los Angeles, California 90071
Telephone: (213) 612-7723
Facsimile: (213) 612-7724
Email: efranceschi@earthlink.net
Attorney for Plaintiff GINA WOOD

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA WOOD, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED AIR LINES, INC., a Delaware Corporation; LEE TAYLOR, an individual, JEANETTE CHEIMOWITZ, an individual; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | **CASE NO. CV 10-1212 JFW (FFMx)**<br>**Hon. John F. Walter, Ctrm. 16**<br><br>**ORDER DISMISSING ACTION**<br>**[*F.R.C.P.* 41(a)(2)]** |

Based upon the request of Plaintiff Gina Wood and the supporting Declaration of Ernest J. Franceschi, Jr., Plaintiff's counsel, and for good cause appearing, the Court Orders the action dismissed in its entirety pursuant to *F.R.C.P. 41(a)(2)* with prejudice as to Plaintiff Gina Wood and without prejudice as to any putative class member.

Dated: May 11, 2010

_____
JOHN F. WALTER
United States District Judge